# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAY SOTO, <br><br> Defendant. | Case No. 18CR1013-MMA <br><br> **ORDER AND JUDGMENT OF DISMISSAL** <br><br> [Doc. No. 61] |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case be dismissed without prejudice.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: 1-7-2019

HON. MICHAEL M. ANELLO
United States District Judge